UNITED STATES DISTRICT COURT
DISTRICT OF MINNEAPOLIS

Dion C. Pennywell,

      Plaintiff,

v.

Catholic Charities of the Archdiocese
of St. Paul and Minneapolis,

      Defendant.

Case No. 16-cv-3347 ADM/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 2, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Defendant's motion for judgment on the pleadings (ECF No. 22) is **GRANTED.**

2. Defendant's request for costs and attorney's fees is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 28, 2017

s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Court Judge